IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

---

**JUANITA K. COLEMAN**,   Civil File No. 2:12-cv-02157-KHV-JPO

    Plaintiff,

vs.

**JACOB LAW GROUP, PLLC**
**d/b/a JACOB COLLECTION GROUP**

**and**

**MICHAEL A. JACOB**   **NOTICE OF DISMISSAL**
                                                     **WITH PREJUDICE**

    Defendant.

---

    **NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                                      Respectfully submitted,

Dated: April 20, 2012   By: /s/ J. Mark Meinhardt
                                          J. Mark Meinhardt, # 20245
                                          9400 Reeds Road, Suite 210
                                          Overland Park, Kansas 66207
                                          Telephone:   (913) 451-9797
                                          Facsimile:   (913) 451-6163
                                          Email:   Mark@meinhardtlaw.com
                                          **ATTORNEY FOR PLAINTIFF**